IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Waco__ DIVISION

__Jerry Don Martin 602390__
Plaintiff's name and ID Number

__Mark W. Stiles Unit__
Place of Confinement

V.

__Nathaniel Quarterman, Director__
__P.O. Box 99, Huntsville, TX 77342-0099__
Defendant's name and address

FILED
APR 3 0 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CASE NO. __W07CA130__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Jerry Don Martin__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?   Yes ☐   No ☑
    b. Rent payments, interest or dividends?            Yes ☐   No ☑
    c. Pensions, annuities or life insurance payments?  Yes ☐   No ☑
    d. Gifts or inheritances?                           Yes ☐   No ☑
    e. Family or friends?                               Yes ☑   No ☐
    f. Any other sources?                               Yes ☐   No ☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __$ 800.00__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☑   No ☐

    If you answered YES to any of the questions above, state the total value of the items owned.

    __see printout__

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __26th__ day of __April__, 20 _07_.

_Jerry D. Martin_  602390
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
TDCJ#: 02602390 SID#: 04459337 LOCATION: STILES           INDIGENT DTE: 00/00/00
NAME: MARTIN,JERRY DON                        BEGINNING PERIOD: 10/01/06
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           6.55 TOT HOLD AMT:        0.00 3MTH TOT DEP:      150.00
6MTH DEP:            450.00 6MTH AVG BAL:       70.40 6MTH AVG DEP:      75.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/07      150.00            0.00       12/06      190.29            0.00
02/07      150.00          150.00       11/06      202.98          250.00
01/07       31.55            0.00       10/06       93.07           50.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF JEFFERSON
ON THIS THE 26th DAY OF April, ___, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



William J. Kountz
Notary Public, State of Texas
My Commission Expires
10 06 2007
Notary without Bond