# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

**WILLIAM G. PUTNICKI**
CLERK OF COURT

800 FRANKLIN AVE., ROOM 380
WACO, TX  76701

May 1, 2007

Jerry Don Martin, #602390
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

Re:   **JERRY DON MARTIN VS. NATHANIEL A. QUARTERMAN**

Dear Mr. Martin,

This is to acknowledge receipt of your application to proceed In Forma Pauperis and the Application for Habeas Corpus under 28 U.S.C. §2254 in the above captioned case. Your case was filed **April 30, 2007**, assigned docket number **W-07-CA-130** and referred to Chief Judge Walter S. Smith, Jr. for disposition.

Any inquiries concerning the status of your application should be directed to the U.S. DISTRICT CLERK'S OFFICE rather than to the judicial officer to whom the case was referred. Additionally, further correspondence in relation to this case must reference the assigned docket number. Furthermore, you must keep the Court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

All pleadings submitted for filing must be submitted in <u>DUPLICATE</u>, pursuant to Local Court Rule CV-5(a). If a return copy is desired, an <u>ADDITIONAL</u> copy of the pleading <u>must</u> be submitted, **along with a self-addressed, stamped envelope**. The U.S. Clerk's Office will advise you when a determination has been made on your application to proceed In Forma Pauperis.

If you desire a copy of a previously filed document, you must submit a written request for the same, along with a search fee of $26.00. In addition, a fee of $0.50/page will be charged for the copying of this pleading. A copy of the docket sheet for this case may be obtained by submitting the copying fee of $0.50/page. All checks are to be made payable to "Clerk, U.S. District Court" and sent to the address listed above. The granting of In Forma Pauperis (*IFP*) <u>does not exempt</u> you from the payment of these search and copying fees or from any of the requirements noted above.

Sincerely,
WILLIAM G. PUTNICKI, Clerk

By:_____
Deputy Clerk