IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| JERRY DON MARTIN, § | | |
| TDCJ #602390, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | Civil No. W-07-CA-130 | |
| § | | |
| NATHANIEL A. QUARTERMAN, § | | |
| Director, Texas Department of Criminal § | | |
| Justice, Correctional Institutions Division, § | | |
|     Respondent. § | | |

## O R D E R

    Before the Court is Petitioner's application to proceed *in forma pauperis*. Petitioner has submitted a certification from the Texas Department of Criminal Justice - Correctional Institutions Division (TDCJ) indicating that he has a current balance of $6.55 in his prisoner trust account and has had an average balance of $70.40 per month and an average deposit of $75.00 per month during the six months prior to the filing of the habeas corpus petition. The Court finds that Petitioner has the ability to pay the $5.00 filing fee in this case. Accordingly, it is

    **ORDERED** that Petitioner's application to proceed *in forma pauperis* is **DENIED**. It is further

    **ORDERED** that Petitioner shall pay the $5.00 filing fee within thirty (30) days of the date of this Order or the application for writ of habeas corpus may be dismissed.

    **SIGNED** on this 4th day of May, 2007.

                                                  WALTER S. SMITH, JR.
                                                CHIEF UNITED STATES DISTRICT JUDGE