AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**

at Waco, TX

ORIGINAL 409249

RECEIVED FROM Jerry Wayne Martin #602390
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | |
| 604700 | Registry Funds | | |
| 508800 | General and Special Funds | | |
| 085000 | Immigration Fees | | |
| 086900 | Attorney Admission Fees | 086900 | 5 00 |
| 322340 | Filing Fees | | |
| 322350 | Sale of Publications | | |
| 322360 | Copy Fees | | |
| 143500 | Miscellaneous Fees | | |
| 322380 | Interest | | |
| 322386 | Recoveries of Court Costs | | |
| 121000 | Restitution to U.S. Government | | |
| 129900 | Conscience Fund | | |
| 504100 | Gifts | | |
| 613300 | Crime Victims Fund | | |
| 510000 | Unclaimed Monies | | |
| 510100 | Civil Filing Fee (½) | | |
| | Registry Fee | | |

| | | | TOTAL | 5.00 |

Case Number or Other Reference
W-07-CA-130

Filing Fee
Petition Writ of Habeas Corpus
Jerry L Martin v Nathaniel H Quarterman

| DATE | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 5/22 2007 | | 2285 7010 9973 | X | |

DEPUTY CLERK: [signature]

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.