IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| **JERRY DON MARTIN,** § | | |
| **TDCJ #602390,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | Civil No. W-07-CA-130 | |
| § | | |
| **NATHANIEL A. QUARTERMAN,** § | | |
| **Director, Texas Department of Criminal** § | | |
| **Justice, Correctional Institutions Division,** § | | |
| Respondent. § | | |

**J U D G M E N T**

In accordance with the Order of this Court entered this date, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's application for federal writ of habeas corpus is **DISMISSED** as time barred pursuant to 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Judgment is **DENIED.**

**SIGNED** on this 13th day of August, 2007.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE